UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Nicolas A. Fleitas                                    Case No. 15-12478-AJC
           and                                                        Chapter 13

Dolores A. Fleitas

Debtor(s)/

**Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation**

The Debtors files this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and Selene Finance ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter 13 on February 10, 2015.

2. Debtor requests MMM for real property ("Property") located at the following street address: 12051 SW 192 Terrace, Miami, FL 33177; account number for this Property is 1318 (last four digits).

   a. The Property is (check one box):

      ☒ theDebtor's primary residence

      ☐ not the Debtor's primary residence

   b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

☒ Debtor only

☐ Debtor and non-filing co-obligor/co-borrower/third party

Contact information for co-obligor/co-borrower/third party:

Name:_____
Address:_____
    _____
Telephone:_____
email:_____

☐ Other:

Name:_____
Address:_____
    _____
Telephone:_____
email:_____

c. If applicable, Debtor's attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

☒ modify the mortgage on the Debtor's primary residence.

☐ modify the mortgage on Property that is not the Debtor's primary residence.

☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $25.00 and the

required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $65.00.

5. Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates thepreparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor. Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtor's attorney has determined that:

☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

☐ Lender is not registered. Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtor requests Lender consider (check as many boxes as applicable):

☒ a HAMP or government sponsored loan modification

☒ a conventional loan modification

☐ a deed in lieu of foreclosure

☐ a state court consent *in rem* final judgment of foreclosure

☐ surrenderoptions

☐ other: _____

8. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a. Debtor will submit all additional documents required for surrenderas provided for on the MMM Portal.

   b. Debtor represents that the property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11. Debtor understands and acknowledges that after the mediator is designated, themediator's fee is not refundable for any reason at any time.

10. Within seven days after filing theMMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice ofClerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal,Debtor's Prepared Package, together with any additional forms or documents whichLender may post on the MMM Portal, and pay a non-refundable MMM Portalsubmission fee in the amount of $25.00. In addition, the Debtor's attorney will upload the Order to the MMM Portalas part of the submission of Debtor's documentation.

11. Debtor's attorney:

    ☒ will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

    ☐ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because theDebtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program.

**WHEREFORE,** Debtor requests that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on March 30, 2015.

/s/Nicolas A. Fleitas
Debtor

/s/Dolores A. Fleitas
Joint Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on March 30, 2015.

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
   Robert Sanchez, Esq., FBN#0442161

Copies to:

Lender, Selene Finance, POB 71243, Philadephia, PA 19176
Lender's counsel (if you already know who Lender's counsel is)
Any co borrower, or additional party named in 2b. of this motion by U.S. Mail or email